*sky* for petitioner. *C. Donald Robertson,* Attorney General of West Virginia, *George H. Mitchell,* Assistant Attorney General, and *Charles M. Walker* for respondent.

No. 648, Misc. WHITESIDE *v.* UNITED STATES. C. A. 8th Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 792, Misc. GOLSON ET AL. *v.* ILLINOIS. Sup. Ct. Ill. *James E. Knox, Jr.,* for petitioners. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 937, Misc. WHITE *v.* MONTANA. Sup. Ct. Mont. Petitioner *pro se. Forrest H. Anderson,* Attorney General of Montana, and *Charles M. Joslyn,* Assistant Attorney General, for respondent.

No. 961, Misc. MONTGOMERY *v.* FLORIDA. Sup. Ct. Fla. *Tobias Simon* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 1027, Misc. CONE *v.* UNITED STATES. C. A. 2d Cir. *Robert Kasanof* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1101, Misc. SMITH *v.* OHIO. Sup. Ct. Ohio. *Dan D. Weiner* for petitioner. *Lee C. Falke* for respondent.

No. 1138, Misc. GILLESPIE *v.* VIRGINIA. Sup. Ct. App. Va. *H. H. Tiffany* and *W. Charles Poland* for petitioner.

No. 1067, Misc. CONNOLLY *v.* ILLINOIS. Sup. Ct. Ill. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant

1024

Attorney General, for respondent.

No. 1114, Misc. GORMAN v. UNITED STATES. C. A. 2d Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 1151, Misc. BELL v. COLORADO. Sup. Ct. Colo. *Rollie R. Rogers* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, and *James W. Creamer, Jr.,* Assistant Attorney General, for respondent.

No. 1166, Misc. SMITH v. TEXAS. Ct. Crim. App. Tex. *Orville A. Harlan* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Gilbert J. Pena* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1167, Misc. ROBINSON v. UNITED STATES. C. A. 2d Cir. *Anthony F. Marra* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 1204, Misc. LEE v. NEW YORK. Ct. App. N. Y.
No. 1281, Misc. GERSH v. NEW YORK. Ct. App. N. Y.
No. 1310, Misc. MITCHELL ET AL. v. NORTH CAROLINA. Sup. Ct. N. C. *Samuel S. Mitchell* and *Romallus O. Murphy* for petitioners. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 1370, Misc. JOHNSTON v. TEXAS. Ct. Crim. App. Tex. *Herman Fitts* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender, Larry Craddock* and *Gilbert J. Pena,* Assistant Attorneys